# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**
8:45 am Jun 23 2021
Clerk U.S. District Court
Northern District of Ohio
Cleveland

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  1:21MJ2220 |
| | ) | |
| Terrence L. Jordan | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 10, 2021__ in the county of __Ashland__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

TFO Adam W. Anderson, DEA
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: **Jun 23, 2021**

*Judge's signature*

City and state: Cleveland, OH

David A. Ruiz, U.S. Magistrate Judge
*Printed name and title*